938

 In the Matter of ERNEST C. LAFOLLETTE, an Attorney, Resignor. [667 NYS2d 967] — Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

 In the Matter of GERARD M. MACKAREVICH, an Attorney, Resignor. [677 NYS2d 966] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

 In the Matter of PATRICK B. MOONEY, an Attorney, Resignor. [667 NYS2d 966] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

 In the Matter of ROBERT EMMETT O'NEILL, an Attorney, Resignor. [667 NYS2d 966] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

 In the Matter of LAWRENCE M. PIDGEON, an Attorney, Resignor. [667 NYS2d 964] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

 In the Matter of JERRY A. SESSION, for Reinstatement. [667 NYS2d 965] —Order entered denying application for reinstatement with leave to renew one year from the date of the order upon submission of a new application. Present—Pine, J. P., Lawton, Wisner, Balio and Boehm, JJ.

 In the Matter of JANICE TORAN, an Attorney, Resignor. [667 NYS2d 965] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.